✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.  5:20-CR-00020-014 (MTT) |
| **LORI HARRELL** | |

On September 13, 2024, the supervised release period of 36 months commenced. Lori Harrell has complied with the rules and regulations of supervised release, she has met the criteria for early termination as outlined in the Guide to Judiciary Policy; Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts and is no longer in need of supervision. Accordingly, it is recommended Lori Harrell be discharged from supervision.

Respectfully submitted,

James O. Poe, III
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____10th_____ day of _____February_____, 2026.

S/ Marc T. Treadwell

MARC T. TREADWELL
U.S. DISTRICT JUDGE